# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN,<br><br>    Plaintiff,<br><br>   v.<br><br>R. GEAR, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01017-LJO-BAM (PC)<br><br>Appeal No. 18-16191<br><br>ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |

Plaintiff Saladin Rushdan, a.k.a. Robert Woods, ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On June 12, 2018, the Court dismissed this action for failure to state a claim. (ECF Nos. 23, 24.) On June 25, 2018, Plaintiff filed a notice of appeal. (ECF No. 25.)

On June 29, 2018, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: **July 3, 2018**                         /s/ Barbara A. McAuliffe
                                                                                          UNITED STATES MAGISTRATE JUDGE